**Department of the Treasury**
**Internal Revenue Service**
**Director**
201 W. RIVERCENTER BLVD
COVINGTON, KY 41011

Document Locator Number
17451-117-13305-18

RECEIVED APR 30 2018

| MFT | Tax Period | Assessment Date | Trans Code |
|---|---|---|---|
| 03 | 201503 | 04/27/2018 | 370 |

Notice Date: 04/27/2018
Name Control: CSIA
Taxpayer Identifying Number ▶ Redacted
Form Number: 720
Plan/Report Number:
Tax Period Ended: 03/31/2015

Taxpayer

CSI AVIATION INC
3700 RIO GRANDE BLVD NW STE 1
ALBUQUERQUE, NM 87107-2876

**Notice of Tax Due on Federal Tax Return**

This is a notice of tax due on your tax return identified above. Please pay the amount shown as Balance Due when you receive this notice. Make your check payable to the **United States Treasury** and send it with a copy of this notice to the address shown above. If the balance due as shown below is incorrect because you made a recent payment, please send us the amount you believe you owe and an explanation of the difference.

**The balance due may include penalty and interest. If you have any questions concerning the balance due or penalty and interest computation call us at 800-829-0115 (Business filers) or 800-829-8374 (individual filers).**

| 31. Reference | 32. TC | 33. Assessment | 34. Adjustment or Credit | 35. Balance Due |
|---|---|---|---|---|
| 04/27/2018 ADD'L TAX | 300 | 1,095,209.35 | | |
| 04/27/2018 FTD PEN | 180 | 0.00 | | |
| 04/27/2018 INTEREST | 190 | 128,266.24 | | |

36. Reference Code: see enclosed notice

1,223,475.59

see enclosed notice

**Please return this copy with your payment to the address shown above**

Form **3552** (Rev. 2-2017) (Part 3)
Catalog Number 49356T

EXHIBIT A

**Department of the Treasury**
**Internal Revenue Service**
**Director**
201 W. RIVERCENTER BLVD
COVINGTON, KY 41011

Document Locator Number
17451-117-13000-18

RECEIVED APR 30 2018

| MFT | Tax Period | Assessment Date | Trans Code |
|---|---|---|---|
| 03 | 201509 | 04/27/2018 | 370 |

Notice Date: 04/27/2018
Name Control: CSIA
Taxpayer Identifying Number ▶ Redacted
Form Number: 720
Plan/Report Number:
Tax Period Ended: 09/30/2015

Taxpayer

CSI AVIATION INC
3700 RIO GRANDE BLVD NW STE 1
ALBUQUERQUE, NM 87107-2876

**Notice of Tax Due on Federal Tax Return**

This is a notice of tax due on your tax return identified above. Please pay the amount shown as Balance Due when you receive this notice. Make your check payable to the **United States Treasury** and send it with a copy of this notice to the address shown above. If the balance due as shown below is incorrect because you made a recent payment, please send us the amount you believe you owe and an explanation of the difference.

**The balance due may include penalty and interest. If you have any questions concerning the balance due or penalty and interest computation call us at 800-829-0115 (Business filers) or 800-829-8374 (individual filers).**

| 31. Reference | 32. TC | 33. Assessment | 34. Adjustment or Credit | 35. Balance Due |
|---|---|---|---|---|
| 04/27/2018 ADD'L TAX | 300 | 909,300.59 | | |
| 04/27/2018 FTD PEN | 180 | 0.00 | | |
| 04/27/2018 INTEREST | 190 | 91,151.75 | | |

36. Reference Code: see enclosed notice

1,000,452.34

see enclosed notice

**Please return this copy with your payment to the address shown above**

Form **3552** (Rev. 2-2017) (Part 3)
Catalog Number 49356T

**Department of the Treasury**
**Internal Revenue Service**
**Director**
201 W. RIVERCENTER BLVD
COVINGTON, KY 41011

RE APR 3 0 2018

RE APR 3 0 2018

Document Locator Number

17451-117-13304-18

RECEIVED APR 3 0 2018

| MFT | Tax Period | Assessment Date | Trans Code |
|---|---|---|---|
| 03 | 201512 | 04/27/2018 | 370 |

Taxpayer

CSI AVIATION INC
3700 RIO GRANDE BLVD NW STE 1
ALBUQUERQUE, NM 87107-2876

Notice Date: 04/27/2018
Name Control: CSIA
Taxpayer Identifying Number ▶ Redacted
Form Number: 720
Plan/Report Number:
Tax Period Ended: 12/31/2015

**Notice of Tax Due on Federal Tax Return**

This is a notice of tax due on your tax return identified above. Please pay the amount shown as Balance Due when you receive this notice. Make your check payable to the **United States Treasury** and send it with a copy of this notice to the address shown above. If the balance due as shown below is incorrect because you made a recent payment, please send us the amount you believe you owe and an explanation of the difference.

**The balance due may include penalty and interest. If you have any questions concerning the balance due or penalty and interest computation call us at 800-829-0115 (Business filers) or 800-829-8374 (individual filers).**

| 31. Reference | 32. TC | 33. Assessment | 34. Adjustment or Credit | 35. Balance Due |
|---|---|---|---|---|
| 04/27/2018 ADD'L TAX | 300 | 1,251,470.31 | | |
| 04/27/2018 FTD PEN | 180 | 0.00 | | |
| 04/27/2018 INTEREST | 190 | 115,844.19 | | |

36. Reference Code: see enclosed notice

1,367,314.50

see enclosed notice

**Please return this copy with your payment to the address shown above**

Form **3552** (Rev. 2-2017) (Part 3)
Catalog Number 49356T

**Department of the Treasury**
**Internal Revenue Service**
**Director**
201 W. RIVERCENTER BLVD
COVINGTON, KY 41011

Document Locator Number
17451-117-13303-18

RECEIVED APR 3 0 2018

| MFT | Tax Period | Assessment Date | Trans Code |
|---|---|---|---|
| 03 | 201603 | 04/27/2018 | 370 |

Notice Date: 04/27/2018
Name Control: CSIA
Taxpayer Identifying Number ▶ Redacted
Form Number: 720
Plan/Report Number:
Tax Period Ended: 03/31/2016

Taxpayer

CSI AVIATION INC
3700 RIO GRANDE BLVD NW STE 1
ALBUQUERQUE, NM 87107-2876

**Notice of Tax Due on Federal Tax Return**

This is a notice of tax due on your tax return identified above. Please pay the amount shown as Balance Due when you receive this notice. Make your check payable to the **United States Treasury** and send it with a copy of this notice to the address shown above. If the balance due as shown below is incorrect because you made a recent payment, please send us the amount you believe you owe and an explanation of the difference.

**The balance due may include penalty and interest. If you have any questions concerning the balance due or penalty and interest computation call us at 800-829-0115 (Business filers) or 800-829-8374 (individual filers).**

| 31. Reference | 32. TC | 33. Assessment | 34. Adjustment or Credit | 35. Balance Due |
|---|---|---|---|---|
| 04/27/2018 ADD'L TAX | 300 | 939,181.00 | | |
| 04/27/2018 FTD PEN | 180 | 0.00 | | |
| 04/27/2018 INTEREST | 190 | 76,684.14 | | |

36. Reference Code: see enclosed notice

1,015,865.14

see enclosed notice

**Please return this copy with your payment to the address shown above**

Form **3552** (Rev. 2-2017) (Part 3)
Catalog Number 49356T

**Department of the Treasury**
**Internal Revenue Service**
**Director**
201 W. RIVERCENTER BLVD
COVINGTON, KY 41011

Document Locator Number
17451-117-13302-18

RECEIVED APR 3 0 2018

| MFT | Tax Period | Assessment Date | Trans Code |
|---|---|---|---|
| 03 | 201606 | 04/27/2018 | 370 |

Notice Date: 04/27/2018
Name Control: CSIA
Taxpayer Identifying Number ▶ Redacted

Taxpayer

CSI AVIATION INC
3700 RIO GRANDE BLVD NW STE 1
ALBUQUERQUE, NM 87107-2876

Form Number: 720

Plan/Report Number:

Tax Period Ended: 06/30/2016

**Notice of Tax Due on Federal Tax Return**

This is a notice of tax due on your tax return identified above. Please pay the amount shown as Balance Due when you receive this notice. Make your check payable to the **United States Treasury** and send it with a copy of this notice to the address shown above. If the balance due as shown below is incorrect because you made a recent payment, please send us the amount you believe you owe and an explanation of the difference.

**The balance due may include penalty and interest. If you have any questions concerning the balance due or penalty and interest computation call us at 800-829-0115 (Business filers) or 800-829-8374 (individual filers).**

| 31. Reference | 32. TC | 33. Assessment | 34. Adjustment or Credit | 35. Balance Due |
|---|---|---|---|---|
| 04/27/2018 ADD'L TAX | 300 | 1,442,609.16 | | |
| 04/27/2018 FTD PEN | 180 | 0.00 | | |
| 04/27/2018 INTEREST | 190 | 104,139.26 | | |

36. Reference Code: see enclosed notice

1,546,748.42

see enclosed notice

**Please return this copy with your payment to the address shown above**

Form **3552** (Rev. 2-2017) (Part 3)
Catalog Number 49356T

**Department of the Treasury**
**Internal Revenue Service**
**Director**
201 W. RIVERCENTER BLVD
COVINGTON, KY 41011

Document Locator Number
17451-117-13301-18

RECEIVED APR 3 0 2018

| MFT | Tax Period | Assessment Date | Trans Code |
|---|---|---|---|
| 03 | 201609 | 04/27/2018 | 370 |

Notice Date: 04/27/2018
Name Control: CSIA
Taxpayer Identifying Number ▶ Redacted
Form Number: 720
Plan/Report Number:
Tax Period Ended: 09/30/2016

Taxpayer

CSI AVIATION INC
3700 RIO GRANDE BLVD NW STE 1
ALBUQUERQUE, NM 87107-2876

**Notice of Tax Due on Federal Tax Return**

This is a notice of tax due on your tax return identified above. Please pay the amount shown as Balance Due when you receive this notice. Make your check payable to the **United States Treasury** and send it with a copy of this notice to the address shown above. If the balance due as shown below is incorrect because you made a recent payment, please send us the amount you believe you owe and an explanation of the difference.

**The balance due may include penalty and interest. If you have any questions concerning the balance due or penalty and interest computation call us at 800-829-0115 (Business filers) or 800-829-8374 (individual filers).**

| 31. Reference | 32. TC | 33. Assessment | 34. Adjustment or Credit | 35. Balance Due |
|---|---|---|---|---|
| 04/27/2018 ADD'L TAX | 300 | 1,344,257.76 | | |
| 04/27/2018 FTD PEN | 180 | 0.00 | | |
| 04/27/2018 INTEREST | 190 | 82,858.38 | | |

36. Reference Code: see enclosed notice

1,427,116.14

see enclosed notice

**Please return this copy with your payment to the address shown above**

Form **3552** (Rev. 2-2017) (Part 3)
Catalog Number 49356T

**Department of the Treasury**
**Internal Revenue Service**
**Director**
201 W. RIVERCENTER BLVD
COVINGTON, KY 41011

Document Locator Number
17451-117-13300-18

RECEIVED APR 3 0 2018

| MFT | Tax Period | Assessment Date | Trans Code |
|---|---|---|---|
| 03 | 201612 | 04/27/2018 | 370 |

Notice Date: 04/27/2018
Name Control: CSIA
Taxpayer Identifying Number ▶ Redacted
Form Number: 720
Plan/Report Number:
Tax Period Ended: 12/31/2016

Taxpayer

CSI AVIATION INC
3700 RIO GRANDE BLVD NW STE 1
ALBUQUERQUE, NM 87107-2876

**Notice of Tax Due on Federal Tax Return**

This is a notice of tax due on your tax return identified above. Please pay the amount shown as Balance Due when you receive this notice. Make your check payable to the **United States Treasury** and send it with a copy of this notice to the address shown above. If the balance due as shown below is incorrect because you made a recent payment, please send us the amount you believe you owe and an explanation of the difference.

**The balance due may include penalty and interest. If you have any questions concerning the balance due or penalty and interest computation call us at 800-829-0115 (Business filers) or 800-829-8374 (individual filers).**

| 31. Reference | 32. TC | 33. Assessment | 34. Adjustment or Credit | 35. Balance Due |
|---|---|---|---|---|
| 04/27/2018 ADD'L TAX | 300 | 2,029,017.71 | | |
| 04/27/2018 FTD PEN | 180 | 0.00 | | |
| 04/27/2018 INTEREST | 190 | 103,249.33 | | |

36. Reference Code: see enclosed notice

2,132,267.04

see enclosed notice

**Please return this copy with your payment to the address shown above**

Form **3552** (Rev. 2-2017) (Part 3)
Catalog Number 49356T