001213

**BACA & HOWARD, PC.**
2155 LOUISIANA BLVD NE #7000
ALBUQUERQUE, NM 87110

FIRST STATE BANK
SOCORRO, NM 87801
95-195/1122

7/17/2018

PAY TO THE ORDER OF DEPARTMENT OF THE TREASURY $ **50.00

Fifty and 00/100************************************************************************************************************ DOLLARS

DEPARTMENT OF THE TREASURY

MEMO Redacted 01/01/15-03/31/15

Redacted

BACA & HOWARD, PC./2155 LOUISIANA BLVD NE #7000

DEPARTMENT OF THE TREASURY acte d 7/17/2018 001213 50.00

Cash - FSB Socorro Redacted 01/01/15-03/31/15 50.00

BACA & HOWARD, PC./2155 LOUISIANA BLVD NE #7000

DEPARTMENT OF THE TREASURY 7/17/2018 001213 50.00

Cash - FSB Socorro Redacted 01/01/15-03/31/15 50.00

30002

EXHIBIT D