IRS
**Department of the Treasury**
**Internal Revenue Service**
**Appeals Office**
4050 Alpha Road
Suite 517, MC:8000NDAL
Dallas, TX 75244

**Date:** JAN 23 2020

**Person to contact:**
Name: Luanne M. Parker
Employee ID Number: 1000229546
Phone: (469) 801-0720
Fax: (855) 238-1828
Hours: 8:00am to 5:00pm

**Re:**
Excise Tax

**Tax periods ended:**
03/2015 06/2015 09/2015 12/2015
03/2016 06/2016 09/2016 12/2016

**Form number:**
720

**Amount of claim:**

| | |
|---|---|
| 03/31/2015 | $1,323,018.61 |
| 06/30/2015 | $993,387.98 |
| 09/30/2015 | $727,440.47 |
| 12/31/2015 | $1,001,176.25 |
| 03/31/2016 | $751,344.80 |
| 06/30/2016 | $1,065,575.96 |
| 09/30/2016 | $963,286.52 |
| 12/31/2016 | $1,342,769.83 |

**Date claim received:**
July 13, 2018

**Taxpayer ID number:**
Redacted

CSI AVIATION INC
3700 RIO GRANDE BLVD NW STE 1
ALBUQUERQUE, NM 87107-2876

**Certified Mail** 7014 1200 0000 5127 1852

Dear CSI AVIATION INC:

We considered your protest and the evidence and arguments submitted in support of the above claim for refund of tax. We can't allow the above claim for an adjustment to your tax for the following reasons:

• Internal Revenue Code (IRC) § 4261(a) imposes tax on the amount paid for "taxable transportation" of any person a tax equal to 7.5 percent of the amount so paid.
• IRC § 4261(b)(2) defines "domestic segment" as any segment consisting of 1 takeoff and 1 landing and which is taxable transportation described in IRC § 4262(a)(1).
• IRC § 4262(a)(1) defines "taxable transportation" means:
(1) § 4262(1) transportation by air which begins in the United States or in the 225-mile zone and ends in the United States or in the 225-mile zone; and
(2) § 4262(2) in the case of transportation by air other than transportation described in paragraph (1), that portion of such transportation which is directly or indirectly from one port or station in the United States to another port or station in the United States, but only if such portion is not a part of uninterrupted international air transportation (within the meaning of subsection (c)(3)).

• CSI Aviation, Inc. (CSI) did not substantiate nor provided evidence for the individual passengers' "flight segments" meeting an exception to "taxable transportation" as provided within the meaning under IRC § 4262 (a)(2) and IRC § 4262(c)(3) for "uninterrupted international air transportation". Therefore, these individual passengers' "flight segments" that "begins in the United States or in the 225-mile zone and ends in the United States or in the 225-mile zone" are subject to tax under IRC §§§ 4261(a), 4261(b), 4262(a).



EXHIBIT F

The CSI's contracts with the Federal Immigration and Customs Enforcement Agency (ICE) stated that they include [applicable] "passenger taxes". As provided in IRC § 4261(d), the tax imposed is paid by the person making the payment subject to tax and IRC § 4291 provides the tax is collected by the person receiving the payment. Therefore, CSI is liable for IRC § 4261 tax as provided under IRC § 4263(d) that "the tax imposed by section 4261 shall apply to any amount paid within the United States for transportation of any person by air unless the taxpayer establishes, pursuant to regulations prescribed by the Secretary, at the time of payment for the transportation, that the transportation is not transportation in respect of which tax is imposed by section 4261". Also, see United Prepaid Network, Inc. v. United States, 112 Fed. Cl. 59, 59 (2013), Hillcrest Aircraft Co. v. Dep't of Agric., 2012 CIVBCA LEXIS 28, *1 (B.C.A. February 6, 2012).

We based our decision on the provisions of the IRS laws and regulations. This letter is your legal notice that we fully disallowed your claim.

If you want to bring suit or proceedings for the recovery of any tax, penalties or other moneys shown on this disallowance notice, you can file suit with the United States District Court having jurisdiction or with the United States Court of Federal Claims. Generally, the law requires you to file suit within two years from the mailing date of this letter. However, if you signed Form 2297, Waiver of Statutory Notification of Claim Disallowance, the two-year period in which to bring suit began on the date you filed the waiver.

For additional overpayment interest, you must file suit within six years from the date of the original scheduled overpayment, in accordance with Title 28 of the United States Code Sections 2401, Time for Commencing Action Against the United States, and 2501, Time for Filing Suit. Your six-year period hasn't been shortened or extended by the filing of your claim.

At the conclusion of the Appeals process, an authorized vendor may contact you to perform an Appeals customer satisfaction survey. Your participation is voluntary and the survey will not ask for personal or financial information of any kind. We'll use the results of the survey to improve the Appeals process and our service to taxpayers. See the Customer Satisfaction Survey page at www.irs.gov/uac/customer-satisfaction-surveys to learn more about IRS-sponsored surveys and for a list of current and recent vendors.

If you have questions, contact the person at the top of this letter.

Sincerely,

David A. Parsons
Appeals Team Manager

Enclosures:
Form 5385

cc: John Howard, CPA

Form **5385** (Rev. May 1989)

Department of the Treasury -- Internal Revenue Service

## Excise Tax Examination Changes

Return Form Number: 720

Page _1___ of __1__ Pages

Name of Taxpayer

CSI Aviation Inc.
3700 Rio Grande Blvd. NW Ste 1
Albuquerque, New Mexico 87107

Social Security or Employer Identification Number
Redacted

Symbols: AP:EX:DAL:LMP

Date Prepared: 12/9/2019

Adjustment --- Increase (Decrease)

| Period Ended (1) | IRS No. (2) | Kind of Tax (3) | Correct Liability (4) | Previous Assessment (5) | Tax (6) | Penalties (See Explanation) (7) | Total (8) |
|---|---|---|---|---|---|---|---|
| 03/31/2015 | 26 | FAC | 1,342,728.10 | 19,709.49 | 1,323,018.61 | - | 1,323,018.61 |
| 06/30/2015 | 26 | FAC | 1,030,342.50 | 36,954.52 | 993,387.98 | - | 993,387.98 |
| 09/30/2015 | 26 | FAC | 741,793.02 | 14,352.55 | 727,440.47 | - | 727,440.47 |
| 12/31/2015 | 26 | FAC | 1,019,911.01 | 18,734.76 | 1,001,176.25 | - | 1,001,176.25 |
| 03/31/2016 | 26 | FAC | 785,109.65 | 6,764.85 | 751,344.80 | - | 751,344.80 |
| 06/30/2016 | 26 | FAC | 1,076,166.06 | 10,590.10 | 1,065,575.96 | - | 1,065,575.96 |
| 09/30/2016 | 26 | FAC | 978,578.73 | 15,292.11 | 963,286.62 | - | 963,286.52 |
| 12/31/2016 | 26 | FAC | 1,357,591.54 | 14,821.71 | 1,342,769.83 | - | 1,342,769.83 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| Total | | | 8,332,220.61 | 137,220.09 | 8,168,000.52 | - | 8,168,000.42 |

Other Information/Explanation: