**Internal Revenue Service**
Appeals Office
4050 Alpha Road
Suite 517, MC:8000NDAL
Dallas, TX 75244

Date: JAN 23 2020

CSI AVIATION INC.
3700 RIO GRANDE BLVD., NW. STE 1
ALBUQUERQUE, NM 87107

**Department of the Treasury**

**Person to Contact:**
Luanne M. Parker
Employee ID Number: 1000229546
Tel: (469) 801-0691
Fax: (855) 238-1828
Contact Hours: 8:00AM - 5:00PM
**Refer Reply to:**
AP:EX:DAL:LMP
**In Re:**
Excise Tax
**Form Number:**
720
**Tax Period(s) Ended:**

03/2017 06/2017 09/2017

Dear CSI Aviation Inc:

Unfortunately, we were unable to reach an agreement on your case. The excise tax as determined by Appeals will be assessed and you will receive a Notice and Demand for payment of the tax, penalty, and interest owed.

If you would like to challenge our determination in court, you may file a complaint in the United States District Court or the United States Court of Federal Claims. If you decide to do this, you must first pay, at a minimum, the excise tax assessment and related penalties attributable to the sale of one article per quarter and file a claim for refund of the tax and penalty. Once the claim for refund is denied or 6 months elapse without any action by the Service, you may initiate suit.

If you have any questions, please contact the person whose name and telephone number are shown above.

Thank you for your cooperation.

Sincerely,

Luanne M. Parker
Appeals Team Case Leader

Enclosures:
Form 5385

cc: JOHN HOWARD, CPA

EXHIBIT G

Form **5385**
(Rev. May 1989)

Department of the Treasury -- Internal Revenue Service

## Excise Tax Examination Changes

Return Form Number: **720**

Page _1___ of __1__ Pages

Name of Taxpayer

CSI Aviation Inc.
3700 Rio Grande Blvd. NW Ste 1
Albuquerque, New Mexico 87107

Social Security or Employer Identification Number: redacted

Symbols: AP:EX:DAL:LMP

Date Prepared: 12/9/2019

| Period Ended (1) | IRS No. (2) | Kind of Tax (3) | Correct Liability (4) | Previous Assessment (5) | Adjustment --- Increase (Decrease): Tax (6) | Penalties (See Explanation) (7) | Total (8) |
|---|---|---|---|---|---|---|---|
| 03/31/2017 | 26 | FAC | 1,115,504.85 | 8,201.76 | 1,107,303.09 | - | 1,107,303.09 |
| 06/30/2017 | 26 | FAC | 1,087,493.00 | 18,796.70 | 1,068,696.30 | - | 1,068,696.30 |
| 09/30/2017 | 26 | FAC | 929,754.11 | 9,843.19 | 919,910.92 | - | 919,910.92 |
| Total | | | 3,132,751.96 | 36,841.65 | 3,095,910.31 | - | 3,095,910.31 |

Other Information/Explanation: