**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

**CSI AVIATION, INC.,**

**Plaintiff,**

**vs.** **Case No. 1:20-cv-00281-WJ-JFR**

**UNITED STATES OF AMERICA,**

**Defendant.**

## REPLY TO COUNTERCLAIM

Plaintiff CSI Aviation, Inc., by and through its undersigned counsel, replies to the United States' counterclaim (Document 10) filed in this action on November 9, 2020.

1. Admits the allegations of paragraph numbered 1 of the counterclaim.

2. Admits the allegations of paragraph numbered 2 of the counterclaim.

3. Admits the allegations of paragraph numbered 3 of the counterclaim.

4. Admits the allegations of paragraph numbered 4 of the counterclaim.

5. Admits that the United States purported to make the assessments described in paragraph numbered 5 of the counterclaim and a portion of the claimed assessments is unpaid, denies the assessments were lawfully made and presently lacks information or knowledge sufficient to form a belief as to the remaining allegations of the paragraph.

6. Presently lacks information or knowledge sufficient to form a belief as to the allegations of the first sentence of paragraph 6 of the counterclaim, denies the allegation of the second sentence that its non-payment of the full amount claimed is neglect or a failure and presently lacks information or knowledge sufficient to form a belief as to the remaining allegations of the paragraph.

7. Denies the allegations of paragraph numbered 7 of the counterclaim.

WHEREFORE, plaintiff CSI Aviation, Inc. prays for entry of judgment in its favor and against the United States:

A. Dismissing the counterclaim with prejudice; and

B. Granting CSI Aviation such other and further relief as is just and proper.

Respectfully submitted,

KENNEDY HERNANDEZ & ASSOCIATES, PC
Paul J. Kennedy
Jessica M. Hernandez
Attorneys for Plaintiff
201 12th St. NW
Albuquerque, NM 87102
(505) 842-8662
pkennedy@kennedyhernandez.com
jhernandez@kennedyhernandez.com

MARRS GRIEBEL LAW, LTD

By /s/ Clinton W. Marrs
Clinton W. Marrs
Attorneys for Plaintiff
1000 Gold Avenue SW
Albuquerque, NM 87102
(505) 433-3926
clinton@marrslegal.com

*Attorneys for Plaintiff*

**Certificate of Service**

IT IS HEREBY CERTIFIED that service of the foregoing paper has been made on November 18, 2020 by electronic notification to:

Michelle C. Johns
Mary Beth Smith
Department of Justice, Tax Division
717 N. Harwood, Suite 400
Dallas, TX 75201
Michelle.c.johns@usdoj.gov
Mary.e.smith@tax.USDOJ.gov

*Attorneys for Defendant*

/s/ Clinton W. Marrs
Clinton W. Marrs