IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

CSI AVIATION, INC.,

    Plaintiff,

vs.                                                            Civ. No. 20-281  WJ/JFR

UNITED STATES OF AMERICA,

    Defendant.

## ORDER FINDING GOOD CAUSE TO DELAY SCHEDULING ORDER

**THIS MATTER** is before the Court on the parties' Joint Motion to Continue Deadline to File Joint Status Report and Provisional Discovery Plan and to Exchange Initial Disclosures, and to Continue Initial Scheduling Conference, filed December 3, 2020.  Doc. 18.  The parties represent therein that delaying the scheduling order will allow time for them to engage in informal discovery and explore settlement.  *Id.* at 3.  Pursuant to Fed. R. Civ. P. 16(b)(2), the Court finds good cause to delay entering a scheduling order at this time.  The Court will, therefore, vacate all instructions, deadlines, and hearings in the Initial Scheduling Order (Doc. 12).  The parties are ordered to file a joint status report in sixty days regarding their settlement negotiations and inform the Court whether it should reschedule the scheduling conference.

    **IT IS SO ORDERED.**

_____
**JOHN F. ROBBENHAAR**
**United States Magistrate Judge**