### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| CSI AVIATION, INC., ) | |
| ) | |
| Plaintiff/Counter-Defendant, ) | |
| ) | |
| v. ) | Case No. 1:20-cv-00281-WJ-JFR |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant/Counter-Plaintiff. ) | |
| _____) | |

### ORDER

Upon consideration of the Joint Status Report and Motion for Additional 60 day Extension to File Joint Status Report regarding Settlement Negotiations filed by Plaintiff/Counter-Defendant CSI Aviation, Inc. and Defendant/Counter-Plaintiff the United States of America and the entire record herein, and for good cause shown, the motion is **GRANTED**.  It is hereby **ORDERED** that the parties shall have an additional 60-day extension to file a Joint Status Report; *i.e.*, to and including April 2, 2021.

**SIGNED** this 27th day of January, 2021.

**JOHN F. ROBBENHAAR**
**United States Magistrate Judge**