IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| CSI AVIATION, INC., ) | |
| ) | |
| Plaintiff/Counter-Defendant, ) | |
| ) | |
| v.  ) | Case No. 1:20-cv-00281-WJ-JFR |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant/Counter-Plaintiff. ) | |
| ) | |

JOINT STIPULATION OF DISMISSAL
AND NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiff/Counter-Defendant CSI Aviation, Inc. and Defendant/Counter-Plaintiff United States of America jointly stipulate to the dismissal of this action with prejudice, including all claims and counterclaims asserted in the action, and, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby give notice of the stipulation of dismissal of the action with prejudice, signed by all parties who have appeared.  The parties are to bear their respective costs, including any attorney's fees or other expenses of litigation.

Respectfully submitted,

DAVID A. HUBBERT
Deputy Assistant Attorney General

MICHELLE C. JOHNS

/s/ Michelle C. Johns
   Texas State Bar No. 24010135
   Department of Justice, Tax Division
   717 N. Harwood, Suite 400
   Dallas, Texas 75201
   (214) 880-9762
   Michelle.C.Johnson@usdoj.gov

ATTORNEYS FOR UNITED STATES

MARRS GRIEBEL LAW, LTD

By /s/ Clinton Marrs
    Clinton W. Marrs
    P O Box 27746
    Albuquerque, NM 87125-7746
    (505) 433-3926
    clinton@marrslegal.com

Paul J. Kennedy
Jessica M. Hernandez
KENNEDY HERNANDEZ
& ASSOCIATES, PC
201 12th St. NW
Albuquerque, NM 87102
(505) 842-8662

ATTORNEYS FOR PLAINTIFF